

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:24-CR-85 |
| TRINITY MATEO WALKER, | |
| Defendant. | |

STATEMENT OF FACTS

The parties stipulate that the allegations in Counts One and Two of the Criminal Information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt with competent, admissible evidence:

1. Prior to June 11, 2024, TRINITY MATEO WALKER ("WALKER") was convicted of a felony offense punishable by more than one year in prison. WALKER's right to possess firearms has not been restored. WALKER knew he was prohibited from possessing firearms as a result of this conviction.

2. In June 2024, an arrest warrant was issued in the city of Portsmouth, Virginia for WALKER. Portsmouth is within the Eastern District of Virginia.

3. On June 11, 2024, pursuant to that arrest warrant, Portsmouth detectives located WALKER in the area of Broad Street in Portsmouth. Detectives attempted to make contact with WALKER, who briefly ran on foot. After a short foot pursuit, WALKER was placed into custody.

4. Detectives searched WALKER incident to his arrest. At the time of his arrest, WALKER had a black shoulder bag on his shoulder. Detectives opened the bag and recovered a loaded Taurus 38 special revolver and a gum container that held a quantity of methamphetamine.

Detectives also recovered a coin bag on his person containing approximately 139 capsules of suspected fentanyl, a scale with suspected drug residue, and $152 in cash.

5. A forensic chemist later determined that the two substances were approximately 2.87 grams of methamphetamine, a Schedule II controlled substance, and approximately 14.21 grams of para-fluorofentanyl, a Schedule I controlled substance.

6. WALKER acknowledges that he possessed the para-fluorofentanyl capsules with the intent to distribute them. WALKER further acknowledges that he possessed above-noted Taurus 38 special revolver in furtherance of a drug-trafficking crimes, including possession with intent to distribute para-flourofentanyl, as alleged in Count One of the Criminal Information.

7. The defendant stipulates and agrees that his participation in the events described was undertaken knowingly, intentionally, and unlawfully and not as a result of an accident, mistake, or other innocent reason.

8. The defendant acknowledges that the foregoing statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not describe each and every fact known to the defendant or the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Megan M. Montoya
Assistant United States Attorney

*UNITED STATES V. TRINITY MATEO WALKER, 2:24-CR-85*

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, TRINITY MATEO WALKER, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____Trinity Walker_____
TRINITY MATEO WALKER

I am TRINITY MATEO WALKER's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Amanda C. Conner, Esq.
Counsel for the Defendant